UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

THE UNITED STATES OF AMERICA          16-CR-142-WMS-MJR

  -v-                                                       REPORT AND
CARLIQUE DeBERRY,                         RECOMMENDATION

                 Defendant.
_____

By Order of the Honorable William M. Skretny dated December 19, 2017, the above case was referred to me, with the consent of the defendant, to take the defendant's plea of guilty and to conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure for a Report and Recommendation. The following is my Report and Recommendation to the defendant's plea of guilty.

On December 20, 2017, the defendant entered a plea of guilty in this case. In accordance with my oral Report and Recommendation at the close of the plea proceeding, it is my Report and Recommendation that the defendant's plea of guilty accords with the requirements of Rule 11 of the Fed.R.Crim.P. and that your Honor adjudge the defendant guilty of the offense to which the guilty plea was offered.

      **SO ORDERED**.

DATED:      December 20, 2017
                Buffalo, New York

                                               */s/ Michael J. Roemer*
                                               MICHAEL J. ROEMER
                                               United States Magistrate Judge